UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.   1:13-cr-00122 AWI BAM |
| ) | |
| vs. ) | **ORDER OF DETENTION PENDING A BOND** |
| ) | **VIOLATION HEARING** |
| LENETTA MCARN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

A. <u>Order for Revocation and Detention</u>

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. <u>Statement of Reasons for the Revocation and Detention</u>

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   _____ (1) There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

   **or**

   __X__ (2) There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

   **and**

   _____ (3) That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   __X__ (4) That this defendant is unlikely to abide by any condition or combination of conditions of release.

   _____ (5) That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

   Dated:  **September 10, 2013**          /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE