HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LENETTA McARN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>LENETTA McARN,<br><br>             Defendant. | No. 1:13-cr-00122-AWI-BAM-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, LENETTA McARN, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 3, 2014, this Court sentenced Ms. McArn to a term of 30 months imprisonment;

3. Her total offense level was 21, her criminal history category was I, the resulting guideline range was 37 to 46 months, and she received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Ms. McArn was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973, and with an effective date of any such reduction as of November 1, 2015;

5. Ms. McArn's total offense level has been reduced from 21 to 19, and her amended guideline range is 30 to 37 months; a reduction comparable to the one received at the initial sentencing would produce a term of 24; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. McArn's term of imprisonment to a total term of 24 months; provided however, that if, as of November 1, 2015 (the effective date of this reduction), this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a time served sentence.

Respectfully submitted,

Dated:  February 11, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:  February 11, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
LENETTA McARN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. McArn is entitled to the benefit Amendment 782, which reduces the total offense level from 21 to 19, resulting in an amended guideline range of 30 to 37 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 24 months.

1           IT IS HEREBY ORDERED that the term of imprisonment imposed in March 2014 is
2    reduced to a term of 24 months, effective as of November 1, 2015.  Provided however, that if, as
3    of November 1, 2015, this sentence is less than the amount of time the defendant has already
4    served, the sentence is reduced to a time served sentence.
5           IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
6    remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
7    reduction in sentence, and shall serve certified copies of the amended judgment on the United
8    States Bureau of Prisons and the United States Probation Office.
9           Unless otherwise ordered, Ms. McArn shall report to the United States Probation Office
10   within seventy-two hours after her release.

IT IS SO ORDERED.

Dated:   February 11, 2015                    _____
                                              SENIOR  DISTRICT  JUDGE